THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERBERT ELLIOTT et al., Appellants.

*People* v. *Elliott*, 90 App. Div. 611, affirmed.
(Argued October 7, 1904; decided October 25, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 19, 1904, which affirmed a judgment of the Monroe County Court entered upon a verdict convicting defendants of the crime of robbery in the third degree.

*George D. Forsyth* for appellants.

*Stephen J. Warren, District Attorney* (*H. H. Widener* and *Robert Averill* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.